Farnsworth et al., Appellants, *v.* Dorcon, Inc. et al.

Argued April 10, 1972. *David W. Swanson,* with him *Swanson & Bevevino,* for appellants; *Lee A. Montgomery* with him *Galbreath, Braham, Gregg, Kirkpatrick, Jaffe & Montgomery,* and *Mervine & Calderwood,* for appellees.

Order and judgment affirmed.

Fisher, Appellant, *v.* Davis.

Argued April 10, 1972. *Albert D. Massi,* with him *John A. Palmieri,* for appellant; *Robert B. Truel,* with him *Truel and Ploeger,* for appellee.

Order affirmed.

Greco et al., Appellants, *v.* Incardona.

Argued April 11, 1972. *John E. Evans, Jr.,* with him *Evans, Ivory & Evans,* for appellants; *Charles Kirshner,* with him *Rosenberg, Kirshner & Solomon,* for appellees.

Judgments affirmed.